# Court of Appeals
# of the State of Georgia

ATLANTA, December 24, 2025

*The Court of Appeals hereby passes the following order:*

## A26E0116.  TONI DUVALL v. MICHAEL JAMES MARTIN.

Proceeding pro se, Toni Duvall has filed an "Emergency Motion for Temporary Relief Pending Appeal." Duvall's motion fails to satisfy the standard for emergency relief set forth in Court of Appeals Rule 40 (b) and is hereby DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 12/24/2025

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*